## DAVIS v. STATE.
### No. 26050.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Scurry County. The punishment assessed is a fine of $1,000.

No notice of appeal appears in the record, in the absence of which we have no jurisdiction of the appeal. It is therefore dismissed.

## BEEVERS v. STATE.
### No. 26056.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Marion County. The punishment assessed is a fine of $150.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.